### GRIFFIN v. GRIFFIN.
### No. 9471.

United States Court of Appeals
District of Columbia Circuit.

Argued June 8, 1949.

Decided June 27, 1949.

No appearance for appellant.

Mr. Abe Max Goldstein, Washington, D. C., for appellee.

Before EDGERTON, CLARK, and PROCTOR, Circuit Judges.

PER CURIAM.

The appellant died in 1947. We then declined, without prejudice, to dismiss the appeal. Griffin v. Griffin, 83 U.S.App.D.C. 31, 164 F.2d 906. We think it should now be dismissed. Two years have elapsed and no representative of the deceased has appeared to litigate it.

Appeal dismissed.